IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTORIANO PACHECO-VASQUEZ,<br><br>Defendant. | CASE NO. 5:24-MJ-00036-CDB<br><br>**ORDER UNSEALING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION AS TO DEFENDANT VICTORIANO PACHECO-VASQUEZ** |

    The United States, having arrested the defendant, VICTORIANO PACHECO-VASQUEZ, on an arrest warrant and the need for sealing the Petition for Warrant or Summons as to defendant Pacheco-Vasquez has ceased;

    IT IS ORDERED that the Petition for Warrant or Summons shall be unsealed as to defendant, VICTORIANO PACHECO-VASQUEZ.

IT IS SO ORDERED.

Dated: __**October 16, 2024**__          _____
                                                  UNITED STATES MAGISTRATE JUDGE